| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Frost, Gregory L | 2. Court or Organization U.S. Dist. Ct., S.Dist.of Ohio | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5. Report Type (check appropriate type) ● Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 349 U.S. Courthouse 85 Marconi Boulvard Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Hydraseed Plus (█████ owned partnership) |
| 2. | Director / Shareholder | W.K. Frost, Inc. (█████ owned corporation) |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |

DISCLOSED FINANCIAL RECEIVED MAY 12 1 52 PM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | W. K. Frost, Inc. (director's fee) | $3,000.00 |
| 2. | 2004 | Hydroseed Plus (partnership income) | $10,000.00 |
| 3. | 2004 | Ohio Public Employees Retirement System (pension) | $46,603 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | State of Ohio, Ohio Board of Regents - salary |
| 2. | 2004 | Hydroseed Plus (██████ - owned partnership) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office | 9/19-9/23/2004 Seattle, WA. Federal Judicial Seminar |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank First National | Commercial real estate mortgage on undeveloped commercial real estate | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS
– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First Merit Corp. Common Stock | A | Dividend | J | U | Partial Sale | 07/04 | K | B | |
| 2. Corning Inc. Common Stock | | None | J | U | | | | | |
| 3. Intel Corp. Common Stock | A | Dividend | J | U | | | | | |
| 4. Nortel Networks Corp. Common Stock | | None | J | U | | | | | |
| 5. Viatel Inc. Common Stock | | None | J | U | | | | | |
| 6. Soloman Smith Barney - Citibank Account | A | Interest | J | T | | | | | |
| 7. Soloman Smith Barney - Citibank Joint Account | A | Interest | K | T | | | | | |
| 8. State Transportation Employees Credit Union | A | Interest | J | T | | | | | |
| 9. Universal 1Credit Union - Savings Account | A | Interest | J | T | | | | | |
| 10. Park National Bank Checking Account | | None | J | T | | | | | |
| 11. Park National Bank Checking Account | | None | J | T | | | | | |
| 12. Soloman Smith Barney - IRA Account | A | Interest | J | T | | | | | |
| 13. W.K. Frost, Inc. - Closely held stock | D | Distribution | M | U | | | | | |
| 14. Hydroseed Plus - ▬ owned partnership | E | Distribution | L | W | | | | | |
| 15. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | Q | | | | | |
| 16. Qualcomm Inc. Common Stock | | None | J | U | Sell | 05/04 | J | A | |
| 17. Shrimplin #1 - Oil well | A | Royalty | J | W | | | | | |
| 18. Deferred Comp. ▬ - AIM Constellation | A | Interest | J | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $25,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Deferred Comp. ▓▓▓ - Fidelity Contrafund | A | Interest | J | U | | | | | |
| 20. Deferred Comp. ▓▓▓ - Janus Fund | A | Interest | J | U | | | | | |
| 21. Deferred Comp. ▓▓▓ - Lazard Small Cap | A | Interest | J | U | | | | | |
| 22. Deferred Comp. ▓▓▓ - Vanguard International Growth | A | Interest | J | U | | | | | |
| 23. Deferred Comp. ▓▓▓ - Vanguard Institutional Index | A | Interest | J | U | | | | | |
| 24. Adtran Inc. Common Stock | | None | J | U | Sell | 01/04 | J | A | |
| 25. Ramp Corp - Medix Resources Inc. | | None | J | U | | | | | |
| 26. Bristol Myers Squibb Common Stock | A | Dividend | J | U | Sell | 01/04 | J | A | |
| 27. Deferred Comp. ▓▓▓ - Guaranteed Return Option | | None | J | U | | | | | |
| 28. Michelina Condo Project - Cocoa Beach, FL | | None | K | W | | | | | |
| 29. Plantation Federal Bank - ▓▓ Checking Account | A | Interest | J | T | | | | | |
| 30. Plantation Federal Bank - ▓▓ Money Market Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B = $1,001-$2,500 | C - $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 – More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N - $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 - $5,000,001-$25,000,000 | |
| | P3 - $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V – Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frost, Gregory L. | 5/9/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___5/9/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# AMENDED
## FINANCIAL DISCLOSURE REPORT

### FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frost, Gregory L | U.S. Dist. Ct., S.Dist.of Ohio | 7/23/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ○ Nomination Date<br>○ Initial ● Annual ○ Final | 1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 349 U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Hydroseed Plus ██████ owned partnership) |
| 2. | Director / Shareholder | W.K. Frost, Inc. ██████ owned corporation) |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreement.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |

RECEIVED 2005 AUG -1 P 3:41 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, no: spouse's) |
|---|---|---|---|
| 1. | 2004 | W. K. Frost, Inc. (director's fee) | $3,000.00 |
| 2. | 2004 | Hydroseed Plus (partnership income) | $10,000.00 |
| 3. | 2004 | Ohio Public Employees Retirement System (pension) | $46,603 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | State of Ohio, Ohio Board of Regents - salary |
| 2. | 2004 | Hydroseed Plus ███ owned partnership) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office | 9/19-9/23/2004 Seattle, WA. Federal Judicial Seminar |

## V. GIFTS. (includes hose to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Bank First National | Commercial real estate mortgage on undeveloped commercial real estate | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L | 7/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First Merit Corp. Common Stock | A | Dividend | J | T | Partial Sale | 07/04 | K | B | |
| 2. Corning Inc. Common Stock | | None | J | T | | | | | |
| 3. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 4. Nortel Networks Corp. Common Stock | | None | J | T | | | | | |
| 5. Viatel Inc. Common Stock | | None | J | T | | | | | |
| 6. Soloman Smith Barney - Citibank Account | A | Interest | J | T | | | | | |
| 7. Soloman Smith Barney - Citibank Joint Account | A | Interest | K | T | | | | | |
| 8. State Transportation Employees Credit Union | A | Interest | J | T | | | | | |
| 9. Universal 1 Credit Union - Savings Account | A | Interest | J | T | | | | | |
| 10. Park National Bank Checking Account | | None | J | T | | | | | |
| 11. Park National Bank Checking Account | | None | J | T | | | | | |
| 12. Soloman Smith Barney - IRA Account | A | Interest | J | T | | | | | |
| 13. W.K. Frost, Inc. - Closely held stock | D | Distribution | M | U | | | | | |
| 14. Hydroseed Plus - ▓▓▓ owned partnership | E | Distribution | L | W | | | | | |
| 15. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | Q | | | | | |
| 16. Qualcomm Inc. Common Stock | | None | | T | Sell | 05/04 | J | A | |
| 17. Shrimplin #1 - Oil well | A | Royalty | J | W | | | | | |
| 18. Deferred Comp ▓▓▓ - AIM Constellation | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   - A = $1,000 or less
   - B = $1,001-$2,500
   - C = $2,501-$5,000
   - D = $5,001-$15,000
   - E = $15,001-$50,000
   - F = $50,001-$100,000
   - G = $100,001-$1,000,000
   - H1 = $1,000,001-$5,000,000
   - H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   - J = $15,000 or less
   - K = $15,001-$50,000
   - L = $50,001-$100,000
   - M = $100,001-$250,000
   - N = $250,000-$500,000
   - O = $500,001-$1,000,000
   - P1 = $1,000,001-$5,000,000
   - P2 = $5,000,001-$25,000,000
   - P3 = $25,000,001-$50,000,000
   - P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
   - Q = Appraisal
   - R = Cost (Real Estate Only)
   - S = Assessment
   - T = Cash/Market
   - U = Book Value
   - V = Other
   - W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L | 7/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X " after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Deferred Comp. ▨▨▨ - Fidelity Contrafund | A | Interest | J | T | | | | | |
| 20. Deferred Comp. ▨▨▨ - Janus Fund | A | Interest | J | T | | | | | |
| 21. Deferred Comp. ▨▨▨ - Lazard Small Cap | A | Interest | J | T | | | | | |
| 22. Deferred Comp. ▨▨▨ - Vanguard International Growth | A | Interest | J | T | | | | | |
| 23. Deferred Comp. ▨▨▨ - Vanguard Institutional Index | A | Interest | J | T | | | | | |
| 24. Adtran Inc. Common Stock | | None | | T | Sell | 01/04 | J | A | |
| 25. Ramp Corp - Medix Resources Inc. | | None | J | T | | | | | |
| 26. Bristol Myers Squibb Common Stock | A | Dividend | | T | Sell | 01/04 | J | A | |
| 27. Deferred Comp. ▨▨▨ - Guaranteed Return Option | | None | J | T | | | | | |
| 28. ▨▨▨ Condo Project - Cocoa Beach, FL | | None | K | W | | | | | |
| 29. Plantation Federal Bank - ▨▨▨ Checking Account | A | Interest | J | T | Cash Deposit | 07/04 | J | | |
| 30. Plantation Federal Bank - ▨▨▨ Money Market Account | A | Interest | J | T | Cash Deposit | 07/04 | J | | |

1. Income/Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes             J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000                                             P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal          R = Cost (Real Estate Only)  S = Assessment          T = Cash/Market
   (See Column C2)          U = Book Value         V = Other              W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

The 2003 Financial Disclosure Report listed "Undeveloped Property Georgetown, S.C." in Part VII, line 33. That item has been deleted from the 2004 report because we constructed a house on the property and it is now a personal residence which is not rented to third parties. Consequently, it should not now be reported pursuant to Filing Instructions, Security Issues (3).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frost, Gregory L | 7/23/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _____7/23/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544